Opinion issued June 10, 2010



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-09-00176-CV

———————————

Sidney Johnson, Appellant

V.

Waller
County, Waller-Harris Emergency services district no. 200, Waller Independent
school district, and  City of Waller, Appellees



 



 

On Appeal from the 506th District Court 

Waller County, Texas



Trial Court Case No. 08-05-19373

 



 

MEMORANDUM OPINION

          The
parties have reached an agreement with regard to the disposition of the matters
currently on appeal.  The parties agree
that Johnson is entitled to have the default judgment against him set aside and
to have the trial court set his underlying tax suit for trial on the merits.  Pursuant to their agreement, the parties
request that this Court remand this case to the trial court for rendition of a
judgment in accordance with their agreement.

          Accordingly,
we set aside the trial court’s judgment without regard to the merits and remand
this case to the trial court for rendition of judgment in accordance with the
parties’ agreement, i.e., vacating the summary judgment, setting aside the
default judgment based on lack of service, and setting the case for trial on
the merits.  See Tex. R. App. P. 42.1(a)(2)(B).

 

PER CURIAM

 

Panel
consists of Chief Justice Radack and Justices Alcala and Massengale.